**Transferred case has been opened**
**ECF-CAND**  to: interdistricttransfer_casd          03/07/2013 07:50 AM

```
CASE: 3:12-cv-02505

DETAILS: Case transferred from California Southern
has been opened in California Northern District
as case 4:13-cv-00778, filed 03/07/2013.
```